UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY WARE,<br><br>           Plaintiff,<br><br>v.<br><br>ADECCO USA INC. and UPS SUPPLY CHAIN SOLUTIONS, INC.,<br><br>           Defendants. | Civil Case No.: 3:18-cv-751 (VLB)<br><br>June 14, 2018 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to a dismissal of the action without prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

**PLAINTIFF,**
**JEFFREY WARE**

By: /s/ Megan Leigh Michaud
Megan Leigh Michaud (ct28813)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Telephone: (860) 296-3457
Facsimile: (860) 296-0676
Email: mmichaud@cicchielloesq.com

**DEFENDANT,**
**ADECCO USA INC.**

By: /s/ John G. McCarthy
John G. McCarthy (ct17187)
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas, Fl. 21
New York, New York
Telephone: (212) 907-9700
Facsimile: (212) 907-9803
Email: jmccarthy@sgrlaw.com

**DEFENDANT,**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

By: /s/ Eric L. Sussman
Eric L. Sussman (ct19723)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
Email: elsussman@daypitney.com

SGR/18586211.2

**Stephanie D. Delatorre – (admitted *pro hac vice*)**
**Polsinelli, LLP**
**1201 West Peachtree Street, Suite 1100**
**Atlanta, GA 30309**
**Telephone: 404-253-6000**
**Facsimile: 404-253-6060**
**Email: sdelatorre@polsinelli.com**

SGR/18586211.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following counsel of record:

| | |
|---|---|
| **Megan Leigh Michaud**<br>**Cicchiello & Cicchiello, LLP**<br>**364 Franklin Avenue**<br>**Hartford, Connecticut 06114**<br>**Telephone: (860) 296-3457**<br>**Facsimile: (860) 296-0676**<br>**Email: mmichaud@cicchielloesq.com**<br><br>*Attorneys for Plaintiff* | **Eric L. Sussman**<br>**Day Pitney LLP**<br>**242 Trumbull Street**<br>**Hartford, Connecticut 06103**<br>**Telephone: (860) 275-0100**<br>**Facsimile: (860) 275-0343**<br>**Email:elsussman@daypitney.com**<br><br>**Stephanie D. Delatorre – (admitted *pro hac vice*)**<br>**Polsinelli, LLP**<br>**1201 West Peachtree Street, Suite 1100**<br>**Atlanta, GA 30309**<br>**Telephone: 404-253-6000**<br>**Facsimile: 404-253-6060**<br>**Email: sdelatorre@polsinelli.com**<br><br>*Attorneys for Defendant UPS Supply Chain Solutions, Inc.* |

      /s/ John G. McCarthy
_____
**John G. McCarthy (ct17187)**
**Smith, Gambrell & Russell, LLP**
**1301 Avenue of the Americas, 21st Floor**
**New York, NY 10019**
**Telephone: 212-907-9700**
**Facsimile: 212-907-9803**
**Email: jmccarthy@sgrlaw.com**

*Attorneys for Defendant Adecco USA Inc.*

SGR/18586211.2